UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENBRIDGE ENERGY, LIMITED
PARTNERSHIP, et al.,

    Plaintiffs,

v.

GRETCHEN WHITMER, et al.,

    Defendants.
_____/

Case No. 1:20-cv-1141

HON. JANET T. NEFF

STATE OF MICHIGAN, et al.,

    Plaintiffs,

v.

ENBRIDGE ENERGY LIMITED
PARTNERSHIP, et al.,

    Defendants.
_____/

Case No. 1:20-cv-1142

HON. JANET T. NEFF

## ORDER SETTING PRE-MOTION CONFERENCE

A pre-motion conference is scheduled for **February 17, 2021 at 1:30 p.m.** before the Honorable Janet T. Neff, at which time a briefing schedule will be discussed.  In response to the current public health concerns resulting from the COVID-19 pandemic of 2020, this conference will be conducted via video conference.  The attorneys handling the matter for trial are required to participate in this conference.  Counsel shall not appear in person.  Counsel are placed on notice that appearance via video conference is limited to this proceeding only.  Video conference instructions will be filed separately.

    **IT IS SO ORDERED**.

Dated: January 20, 2021

  /s/ Janet T. Neff
JANET T. NEFF
United States District Judge