UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Numbers | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:20-cv-1141<br>1:20-cv-1142 | 2/17/2021 | 1:42 PM - 2:44 PM | Grand Rapids | Janet T. Neff |

## CASE CAPTIONS

1:20-cv-1141

| Plaintiffs: | Defendants: |
|---|---|
| Enbridge Energy, Limited Partnership, et al. | Gretchen Whitmer, et al. |

1:20-cv-1142

| Plaintiffs: | Defendants: |
|---|---|
| State of Michigan, et al. | Enbridge Energy, Limited Partnership, et al. |

## APPEARANCES

| Attorneys: | Representing: |
|---|---|
| Alice Loughran (via video)<br>David Hyler Coburn (via video)<br>William T. Hassler (via video)<br>Peter H. Ellsworth (via video)<br>John Bursch (via video) | Enbridge Energy, Limited Partnership; Enbridge Energy Company, Inc.; and Enbridge Energy Partners, L.P. |
| Daniel Paul Bock (via video)<br>Robert P. Reichel (via video) | Gretchen Whitmer; Daniel Eichinger; State of Michigan; and Michigan Department of Natural Resources |

## PROCEEDINGS

**NATURE OF HEARING:** Pre-Motion Conference held via video conference regarding (ECF No. 10 in Case No. 1:20-cv-1141, and ECF Nos. 9 & 15 in Case No. 1:20-cv-1142); Order to issue in each case.

Court Reporter: Paul Brandell
Clerk: Rita Buitendorp