**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ENBRIDGE ENERGY, LIMITED
PARTNERSHIP, et al.,

     Plaintiffs,                                 Case No. 1:20-cv-1141

v.                                       HON. JANET T. NEFF

GRETCHEN WHITMER, et al.,

     Defendants.
_____

STATE OF MICHIGAN, et al.,

                                      Case No. 1:20-cv-1142

     Plaintiffs,

                                      HON. JANET T. NEFF

v.

ENBRIDGE ENERGY, LIMITED
PARTNERHIP, et al.,

     Defendants.
_____/

### JOINT NOTICE AND STATUS REPORT OF THE PARTIES

The parties submit this notice and status report in accordance with the Court's March 18, 2021 Order [ECF No. 19].

The parties met with the Mediator on April 16, 2021.  At that meeting, the parties agreed to meet again on April 28, 2021 and May 18, 2021.  Attached is the Mediator's Interim Report regarding these planned sessions.  The parties and Mediator currently are not able to estimate the amount of time needed to complete mediation.  The parties respectfully propose, however, that they jointly provide the Court with a further notice and status report following the May 18, 2021 session now planned.

Respectfully submitted,

MICHIGAN DEP'T OF ATTORNEY
   GENERAL

    /s/ Robert P. Reichel (w/ consent)
By: _____
    Robert P. Reichel (P31878)
    Daniel P. Bock (P71246)
Assistant Attorneys General
Environment, Natural Resources,
  and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664

*Attorneys for State of Michigan Parties*

DICKINSON WRIGHT PLLC

    /s/ Peter H. Ellsworth
By: _____
    Peter H. Ellsworth (P23657)
    Jeffery V. Stuckey (P34648)
123 W. Allegan Street, Suite 900
Lansing, MI 48933
(517) 371-1730
pellsworth@dickinsonwright.com
jstuckey@dickinsonwright.com

Phillip J. DeRosier (P55595)
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
(313) 223-3866
pderosier@dickinsonwright.com

John J. Bursch (P57679)
Bursch Law PLLC
9339 Cherry Valley Avenue SE, #78
Caledonia, MI 49316
(616) 450-4235
jbursch@burschlaw.com

STEPTOE & JOHNSON LLP
David H. Coburn
William T. Hassler
Alice Loughran
Joshua Runyan
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000
dcoburn@steptoe.com
whassler@steptoe.com
aloughran@steptoe.com
jrunyan@steptoe.com

*Attorneys for Enbridge Parties*

Dated:  April 20, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE STATE OF MICHIGAN,
GOVERNOR OF THE STATE OF
MICHIGAN, and MICHIGAN
DEPARTMENT OF NATURAL
RESOURCES,

              Plaintiffs

v.

ENBRIDGE ENERGY, LIMITED
PARTNERSHIP, ENBRIDGE ENERGY
COMPANY, INC., and ENBRIDGE ENERGY
PARTNERS, L.P.,

              Defendants.

Case No. 1:20-cv-01142-JTN-RSK

Hon. Janet T. Neff

ENBRIDGE ENERGY, LIMITED
PARTNERSHIP, ENBRIDGE ENERGY
COMPANY, INC., and ENBRIDGE ENERGY
PARTNERS, L.P.,

              Plaintiffs

v.

THE STATE OF MICHIGAN,
GOVERNOR OF THE STATE OF
MICHIGAN, and MICHIGAN
DEPARTMENT OF NATURAL
RESOURCES,

              Defendants.

Case No. 1:20-cv-01141-JTN-RSK

Hon. Janet T. Neff

## MEDIATOR'S INTERIM REPORT

The parties and the mediator met for an initial session on Friday, April 16, 2021 and discussed a number of issues important to the parties. The parties and the mediator have committed to discuss these and related issues in at least two additional mediation sessions, the first scheduled for Wednesday, April 28, 2021 and the second scheduled for Tuesday, May 18, 2021.

Following the second session, the mediator will report further to the Court.

Dated: April 16, 2021

_____
Hon. Gerald E. Rosen (Ret.)