UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENBRIDGE ENERGY, LIMITED
PARTNERSHIP, et al.,

    Plaintiffs,

v.

GRETCHEN WHITMER, et al.,

    Defendants.
_____

Case No. 1:20-cv-1141

HON. JANET T. NEFF

STATE OF MICHIGAN, et al.,

    Plaintiffs,

v.

ENBRIDGE ENERGY, LIMITED
PARTNERSHIP, et al.,

    Defendants.
_____/

Case No. 1:20-cv-1142

HON. JANET T. NEFF

## ORDER

Having reviewed the parties' June 30, 2021 Joint Notice (ECF No. 26, ECF No. 1:20-cv-1141; ECF No. 53, ECF No. 1:20-cv-1142),

**IT IS HEREBY ORDERED** that the parties shall, not later than 7 days after entry of this Order, file a Joint Notice identifying the date of the next mediation session and estimating the amount of time needed to complete mediation.

Dated: July 1, 2021

/s/ Janet T. Neff
_____
JANET T. NEFF
United States District Judge