# REPORT FOLLOWING
# VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:20-cv-1141 | Enbridge Energy vs Gretchen Whitmer et al | 09/09/2021 |

**PARTIES**       Attendees

| Name | On Behalf Of |
|---|---|
| Al Monaco, CEO | Enbridge Energy |
| Vern Yu, V.P. | Enbridge Energy |
| others, including Senior General Counsel | Enbridge Energy |
|  |  |
| Governor Gretchen Whitmer | Governor, State of Michigan |
|  |  |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Mark Totten, Governor's Legal Counsel | State of Michigan and Governor |
| Philip Mariani, Governor's Deputy Legal Counsel | State of Michigan and Governor |
| Robert Reichel, Attorney General's Office | State of Michigan and Governor |
| Dan Bock, Attorney General's Office | State of Michigan and Governor |
|  |  |
| David Coburn | Enbridge Energy |
| William Hassler | Enbridge Energy |

Result:  ☐ Case settled in full - Final paperwork will be filed by:  Mediation
         ☑ continuing - Status of mediation and date to be determined
         ☐ Not settled - Mediation Completed

Dated: 14 September 21            /s/ _____
                                       Mediator