UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ENBRIDGE ENERGY, LIMITED PARTNERSHIP, ENBRIDGE ENERGY COMPANY, INC., and ENBRIDGE ENERGY PARTNERS, L.P., <br><br> Plaintiffs, <br><br> v <br><br> GRETCHEN WHITMER, the Governor of the State of Michigan in her official capacity, and DANIEL EICHINGER, Director of the Michigan Department of Natural Resources in his official capacity, <br><br> Defendants. | No. 1:20-cv-01141-JTN-RSK <br><br> HON. JANET T. NEFF |

## PROOF OF SERVICE

                                                  Robert P. Reichel (P31878)
                                                  Daniel P. Bock (P71246)
                                                  Assistant Attorneys General
                                                  Attorneys for Defendants
                                                  Michigan Department
                                                  of Attorney General
                                                  Environment, Natural Resources, and
                                                  Agriculture Division
                                                  P.O. Box 30755
                                                  Lansing, MI 48909
                                                  (517) 335-7664
                                                  ReichelB@michigan.gov
                                                  BockD@michigan.gov

Dated:  January 18, 2022

## PROOF OF SERVICE

On January 18, 2022, I caused to be sent via email and first-class mail a copy of Defendants' Motion to Dismiss and Defendants' Brief in Support of Motion to Dismiss, and this Proof of Service to:

| | | |
|---|---|---|
| David H. Coburn<br>William T. Hassler<br>Alice Loughran<br>Joshua Runyan<br>Steptoe & Johnson LLP<br>1331 Connecticut Ave., NW<br>dcoburn@steptoe.com<br>whassler@steptoe.com<br>aloughran@steptoe.com<br>jrunyan@steptoe.com | Peter H. Ellsworth<br>Jeffery V. Stuckey<br>Dickinson Wright PLLC<br>123 W. Allegan St., Ste. 900<br>pellsworth@dickinsonwright.com<br>jstuckey@dickinsonwright.com | Phillip J. DeRosier<br>Dickinson Wright PLLC<br>500 Woodward Ave., Ste. 4000<br>pderosier@dickinsonwright.com<br><br>John J. Bursch<br>Bursch Law PLLC<br>9339 Cherry Valley Ave., SE #78<br>Caledonia, MI 49316<br>jbursch@burschlaw.com |

I declare that the statements above are true to the best of my information, knowledge, and belief.

*Judith L. Gibson*
Legal Secretary

LF:  Enbridge Straits (Dec & Inj Relief)(vDNR)/AG#2020-0306464-A/POS – Email 2022-01-18

1