UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ENBRIDGE ENERGY, LIMITED PARTNERSHIP, ENBRIDGE ENERGY COMPANY, INC., and ENBRIDGE ENERGY PARTNERS, L.P., | No. 1:20-cv-01141-JTN-RSK<br><br>HON. JANET T. NEFF |
| Plaintiffs, | |
| v | |
| GRETCHEN WHITMER, the Governor of the State of Michigan in her official capacity, and DANIEL EICHINGER, Director of the Michigan Department of Natural Resources in his official capacity, | |
| Defendants. | |

## DEFENDANTS' MOTION TO DISMISS

Robert P. Reichel (P31878)
Daniel P. Bock (P71246)
Assistant Attorneys General
Attorneys for Defendants
Michigan Department of Attorney General
Environment, Natural Resources, and
  Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
ReichelB@michigan.gov

Dated: January 18, 2022    BockD@michigan.gov

Defendants Gretchen Whitmer, Governor of the State of Michigan, and Daniel Eichinger, Director of the Michigan Department of Natural Resources ("Michigan Officials"), by their counsel, Robert P. Reichel and Daniel P. Bock, Assistant Attorneys General, hereby move pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss this action with prejudice for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted.  The grounds for the motion are more fully stated in the accompanying brief in support of the motion.

Respectfully submitted,

Dana Nessel
Attorney General

Date: January 18, 2022

/s/ *Robert P. Reichel*
Robert P. Reichel (P31878)
Daniel P. Bock (P71246)
Assistant Attorneys General
Attorneys for Defendants
Environment, Natural Resources, and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
ReichelB@michigan.gov
BockD@michigan.gov

LF:  Enbridge Straits (Dec & Inj Relief)(vDNR)/AG#2020-0306464-A/Defendants' Motion to Dismiss 2022-01-18

1