**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| ENBRIDGE ENERGY, LIMITED PARTNERSHIP, ENBRIDGE ENERGY COMPANY, INC., and ENBRIDGE ENERGY PARTNERS, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> GRETCHEN WHITMER, the Governor of the State of Michigan in her official capacity, DAN EICHINGER, Director of the Michigan Department of Natural Resources in his official capacity, <br><br> Defendants. | Case No.  1:20-cv-01141-JTN-RSK <br><br> Hon. Janet T. Neff <br><br> **ORAL ARGUMENT REQUESTED** |

**PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT ON COUNTS I AND III OF THE COMPLAINT**

**ORAL ARGUMENT REQUESTED**

Peter H. Ellsworth (P23657)
Jeffery V. Stuckey (P34648)
DICKINSON WRIGHT PLLC
123 W. Allegan Street, Suite 900
Lansing, MI 48933
(517) 371-1730
pellsworth@dickinsonwright.com
jstuckey@dickinsonwright.com

Phillip J. DeRosier (P55595)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
(313) 223-3866
pderosier@dickinsonwright.com

John J. Bursch (P57679)
BURSCH LAW PLLC
9339 Cherry Valley Avenue SE, #78
Caledonia, MI 49316
(616) 450-4235
jbursch@burschlaw.com

David H. Coburn
William T. Hassler
Alice Loughran
Joshua H. Runyan
Mark C. Savignac
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000

*Counsel for Plaintiffs*

Plaintiffs respectfully move this Court for Summary Judgment on the federal preemption claims in Counts I and III of the Complaint.  *See* Fed. R. Civ. P. 56(a).  Counts I and III represent alternative theories for the declaratory and injunctive relief Enbridge requested.  Each Count provides an independent reason why federal law bars state officials from forcing Enbridge to shut down Line 5.  This motion is supported by the accompanying Brief in Support.  For the reasons demonstrated in the brief, this Court should grant summary judgment for Enbridge, enter a declaratory judgment that Defendants' attempts to force a shutdown of Line 5 are preempted by the Pipeline Safety Act and the Foreign Affairs Doctrine, and enjoin Defendants from taking any steps to impede or prevent the interstate and international operation of Line 5.  *See* ECF No. 1 at 18-19, PageID.18-19 (Enbridge's Prayer for Relief).

Dated this 18th day of January, 2022

Respectfully submitted,

s/   Peter H. Ellsworth
Peter H. Ellsworth  (P23657)
Jeffery V. Stuckey (P34648)
DICKINSON WRIGHT PLLC
123 W. Allegan Street, Suite 900
Lansing, MI 48933
(517) 371-1730
pellsworth@dickinsonwright.com
jstuckey@dickinsonwright.com

Phillip J. DeRosier (P55595)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
(313) 223-3866
pderosier@dickinsonwright.com

John J. Bursch (P57679)
Bursch Law PLLC
9339 Cherry Valley Avenue SE, #78
Caledonia, MI 49316
(616) 450-4235
jbursch@burschlaw.com

2

                David H. Coburn
                William T. Hassler
                Alice Loughran
                Joshua H. Runyan
                Mark C. Savignac
                STEPTOE & JOHNSON LLP
                1330 Connecticut Avenue, NW
                Washington, DC 20036
                (202) 429-3000
                dcoburn@steptoe.com
                whassler@steptoe.com
                aloughran@steptoe.com
                jrunyan@steptoe.com
                msavignac@steptoe.com