**Form 1B**

**Notice of Appeal to a Court of Appeals From an Appealable Order of a District Court**

United States District Court for the _____
District of _____
Docket Number _____

_____, Plaintiff

v.                                      Notice of Appeal

_____, Defendant

_____ (name all parties taking the appeal)* appeal to the United States Court of Appeals for the _____ Circuit from the order _____ (describe the order) entered on _____ (state the date the order was entered).

(s) _____
    *Attorney for* _____
    *Address*: _____

[***Note to inmate filers:***  *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.*]

---

* See Rule 3(c) for permissible ways of identifying appellants.