UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENBRIDGE ENERGY, LIMITED
PARTNERSHIP, et al.,

      Plaintiffs,

v.

          CASE NO. 1:20-cv-1141

          HON. ROBERT J. JONKER

GRETCHEN WHITMER, et al.,

      Defendants.
_____/

## ORDER

On July 5, 2024, the Court set plaintiffs' Motion for Summary Judgment for hearing on July 31, 2024.  On July 18, 2024, defendants filed a Notice of Interlocutory Appeal of this Court's Opinion and Order denying their Motion to Dismiss.

The Court will **CANCEL** the July 31 oral argument date.  The parties shall file a joint status report not later than **August 23, 2024**, setting forth what, if anything, they believe can appropriately be decided in this case pending resolution of the interlocutory appeal.

      **IT IS SO ORDERED**.

Dated:  July 23, 2024                    /s/ Robert J. Jonker
                                           ROBERT J. JONKER
                                           UNITED STATES DISTRICT JUDGE