## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| ENBRIDGE ENERGY, LIMITED PARTNERSHIP, ENBRIDGE ENERGY COMPANY, INC., and ENBRIDGE ENERGY PARTNERS, L.P., | Case No. 1:20-cv-01141 |
| Plaintiffs, | Hon. Robert J. Jonker |
| v. | |
| GRETCHEN WHITMER, the Governor of the State of Michigan in her official capacity, DAN EICHINGER, Director of the Michigan Department of Natural Resources in his official capacity, | **PLAINTIFFS' MOTION TO LIFT THE STAY AND PROCEED WITH SUMMARY JUDGMENT** |
| Defendants. | |

Plaintiffs ("Enbridge") move to immediately lift the stay of proceedings so the Court may consider and decide Enbridge's motion for summary judgment.  As explained in the accompanying Brief in Support, now that the Sixth Circuit has affirmed this Court's order denying Defendants' claim of sovereign immunity, there are no obstacles to promptly resolving this litigation and ending Defendants' ongoing threats to the continued operation of Enbridge's international pipeline.

Pursuant to Local Rule 7(c), Enbridge reached out to counsel for Defendants on April 25, 2025 to ascertain whether they will oppose the motion.  The parties conferred but were unable to reach an agreement.  Counsel for Defendants maintain that their clients oppose this motion.

Dated this 25th day of April, 2025

                                              Respectfully submitted,

                                          /s/   Alice E. Loughran   .

| | |
|---|---|
| Phillip J. DeRosier (P55595) | Alice Loughran (DC Bar No. 470792) |
| DICKINSON WRIGHT PLLC | STEPTOE LLP |
| 500 Woodward Avenue, Suite 4000 | 1330 Connecticut Avenue, NW |
| Detroit, MI 48226 | Washington, DC 20036 |
| (313) 223-3866 | (202) 429-6202 |
| pderosier@dickinsonwright.com | aloughran@steptoe.com |
| | |
| Jeffery V. Stuckey (P34648) | John J. Bursch (P57679) |
| DICKINSON WRIGHT PLLC | Bursch Law PLLC |
| 123 W. Allegan Street, Suite 900 | 9339 Cherry Valley Avenue SE, #78 |
| Lansing, MI 48933 | Caledonia, MI 49316 |
| (517) 371-1730 | (616) 450-4235 |
| jstuckey@dickinsonwright.com | jbursch@burschlaw.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 25, 2025, the foregoing motion was served on all parties of record via the ECF filing system.

                                                          s/ Alice E. Loughran   .
                                                          Alice Loughran
                                                          STEPTOE LLP
                                                          aloughran@steptoe.com