UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENBRIDGE ENERGY, LIMITED
PARTNERSHIP, et al.,

   Plaintiffs,

v.

GRETCHEN WHITMER, et al.,

   Defendants.
_____/

Case No. 1:20-cv-1141

HON. ROBERT J. JONKER

## **ORDER**

Defendant's filed a Motion to Lift Stay. (ECF No. 102). This Court currently has no jurisdiction to do so because the case remains with the Court of Appeals until the Mandate issues. That has not yet happened. Accordingly, the Motion is dismissed for lack of jurisdiction.

IT IS SO ORDERED.


Dated: April 28, 2025        /s/ Robert J. Jonker
                                             ROBERT J. JONKER
                                             UNITED STATES DISTRICT JUDGE