UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENBRIDGE ENERGY, LIMITED
PARTNERSHIP, et al.,

    Plaintiffs,

v.

GRETCHEN WHITMER, et al.,

    Defendants.
_____/

Case No. 1:20-cv-1141

HON. ROBERT J. JONKER

### ORDER

The United States moves for permission to participate in the oral argument on Plaintiff's Motion for Summary Judgment. (ECF No. 153). The motion is respectfully DENIED. The actual parties to the case have demonstrated the ability to handle the issues in this case on their own. The court appreciates the articulated interest of the United States and the amicus brief already on file. The United States is more than welcome to attend the hearing, but the Court expects to hear argument only from counsel of record for the parties to the case, not from counsel for any amici.

    **IT IS SO ORDERED.**

Dated:  October 28, 2025

    /s/ Robert J. Jonker
    ROBERT J. JONKER
    UNITED STATES DISTRICT JUDGE