# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

## MINUTES

ENBRIDGE ENERGY, LIMITED PARTERNSHIP et al,

v.

GRETCHEN WHITMER et al.

**CASE NO.** 1:20-cv-1141
**DATE:** November 12, 2025
**TIME:** 10:03 – 11:21 a.m.
**PLACE:** Grand Rapids
**JUDGE:** Hon. Robert J. Jonker

## APPEARANCES

**PLAINTIFFS:**
John J. Brusch
Alice Loughran

**DEFENDANTS:**
Danile Bock
Keith D. Underkoffler
Echo Aloe

## PROCEEDINGS

**NATURE OF HEARING:**
Oral argument held on defendants' motion to stay or abstain (ECF No. 120) and plaintiffs' motion for summary judgment on Counts I and II (ECF No. 124). Motions taken under advisement.


COURT REPORTER:  Paul Brandell          /s/     P. VanDyken
                                              Law Clerk