STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL



P.O. Box 30755
Lansing, Michigan 48909

**DANA NESSEL**
ATTORNEY GENERAL

December 4, 2025

**Via CM/ECF**

The Honorable Robert J. Jonker
United States District Court, Western District of Michigan
685 Federal Building
110 Michigan St. NW
Grand Rapids, MI 49503

   Re: *Enbridge Energy, et al. v. Whitmer, et al.*
     Case No. 1:20-cv-1141-RJJ-RSK

Dear Judge Jonker:

   I write to advise you of a recent update in this matter. As you may be aware, the Defendants, Governor Gretchen Whitmer and Department of Natural Resources Director Scott Bowen, filed a petition for a writ of certiorari on November 13, 2025. (See W.D. Mich. Case No. 1:20-cv-1141, ECF No. 161.) The petition seeks review by the Supreme Court of the United States of whether this action is barred by state sovereign immunity.

   Enbridge waived its right to respond to the petition, and on November 25, 2025, the petition was distributed to the Justices for Conference. On December 2, 2025, the Supreme Court called for a response from Enbridge. Enbridge's response is currently due on January 2, 2026, and the Defendants' reply will be submitted approximately 14 days later. The filings are available on the Supreme Court's online docket: https://www.supremecourt.gov/search.aspx?filename=/docket/DocketFiles/html/Public/25-582.html.

      Sincerely,

      /s/ *Keith D. Underkoffler*
      Keith D. Underkoffler
      Assistant Attorney General
      Environment, Natural Resources, and
      Agriculture Division
      (517) 335-7664
      underkofflerk@michigan.gov

KDU/ck

cc:   Alice Loughran
      Andrew P. Buchsbaum
      Bruce T. Wallace
      Christopher Robert Clark
      Gordon Davies Giffin
      Jeffery V. Stuckey
      John G. Adam
      John J. Bursch
      John Kenneth Adams
      John R. Canzano
      Joshua H. Runyan
      Kaitlyn D. Shannon
      Matthew D. Harper
      Oliver Larson
      Phillip J. DeRosier
      Riyaz A. Kanji
      Ryan Mills
      Scott W. Howard
      Simon A. Steel
      Valerie Jo Mac Millan Brader

LF:  Enbridge Straits (Dec & Inj Relief) (v DNR) WD/LF# 2020-0306464-A/Letter – Court 2025-12-04