UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENBRIDGE ENERGY, LIMITED
PARTNERSHIP, et al.,

    Plaintiffs,

v.

GRETCHEN WHITMER, et al.,

    Defendants,
_____/

Case No. 1:20-cv-1141

HON. ROBERT J. JONKER

## JUDGMENT

In accordance with the Opinion and Order granting Plaintiffs' Motion for Summary Judgment entered this day, Judgment is entered in favor of Plaintiffs and against Defendants, enjoining Defendants from enforcing their 2020 Notice revoking the 1953 Easement.

Dated:  December 17, 2025

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE