UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENBRIDGE ENERGY, LIMITED
PARTNERSHIP, ENBRIDGE ENERGY
COMPANY, INC., and ENBRIDGE ENERGY
PARTNERS, L.P.,

        Plaintiffs,

v

GRETCHEN WHITMER, the Governor of the
State of Michigan in her official capacity, and
SCOTT BOWEN, Director of the Michigan
Department of Natural Resources in his
official capacity,

        Defendants.

No. 1:20-cv-01141-JTN-RSK

HON. ROBERT J. JONKER

## NOTICE OF APPEAL

Defendants Gretchen Whitmer, Governor of the State of Michigan, and Scott Bowen, Director of the Michigan Department of Natural Resources, appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment entered on December 17, 2025 (ECF No. 165).

        Respectfully submitted,

        /s/ *Keith D. Underkoffler*
        Keith D. Underkoffler (P84854)
        Echo Aloe (P86363)
        Assistant Attorneys General
        Attorneys for Defendants
        Environment, Natural Resources, and Agriculture Division
        P.O. Box 30755
        Lansing, MI 48909
        (517) 335-7664
        underkofflerk@michigan.gov
        aloee1@michigan.gov

        Daniel P. Bock (P71246)
        Special Assistant Attorney General
        Attorney for Defendants
        Fahey Schultz Burzych Rhodes PLC
        4151 Okemos Road
        Okemos, MI 48864
        (517) 312-3130

Dated:  January 6, 2026

LF:  Enbridge Straits (Dec & Inj Relief) (v DNR) WD/LF# 2020-0306464-A/Response to US Amicus Brief 2026-01-06