# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 30, 2026

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Mar 31, 2026
KELLY L. STEPHENS, Clerk

Re:   Gretchen Whitmer, Governor of Michigan, et al.
        v. Enbridge Energy, LP, et al.
        No. 25-582
        (Your No. 24-1608)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk